# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WINTECH DEVELOPMENT, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLARK MATERIAL HANDLING COMPANY, a business entity form unknown, FAIRPLAY ELECTRIC CART, LLC, EVERGREEN ELECTRIC VEHICLES, LLC and DOES 1-20,,<br><br>　　　　Defendants.<br><br>CLARK MATERIAL HANDLING COMPANY,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>FAIRPLAY ELECTRIC CART, LLC, EVERGREEN ELECTRIC VEHICLES, LLC and ROES 1-20,,<br><br>　　　　Cross-Defendant. | CASE NO. 5:15-cv-01087-JGB-SP<br><br>[Riverside County Superior Court Case No. MCC1500094]<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE COMPLAINT AND CROSS-COMPLAINT**<br><br>**[Filed Concurrently with Stipulation to Dismiss]**<br><br>The Hon. Jesus G. Bernal<br><br>Action Filed:　March 12, 2015<br>FSC Date:　　　July 13, 2017<br>Trial Date:　　August 15, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Court has received and reviewed the parties' Stipulation to Dismiss with Prejudice the Complaint and Cross-Complaint. After full consideration, the Court hereby approves the stipulation and dismisses with prejudice the Complaint by Plaintiff Wintech Development, Inc. (initially filed in Riverside County Superior Court, Case Number MCC1500094) against Clark Material Handling Company pursuant to FRCP Rule 41, and dismisses with prejudice the Cross-Complaint by Defendant/Cross-Complainant Clark Material Handling Company against Cross-Defendants Fairplay Electric Cars, LLC and Evergreen Electric Vehicles, LLC pursuant to FRCP Rule 41. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 5, 2017

The Honorable Jesus G. Bernal